IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-19-KS

| DEBORAH C. WALKER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| CAROLYN W. COLVIN, | ) |  |
| Acting Commissioner of Social Security | ) |  |
| Administration, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on September 23, 2015, at 10:45 a.m., it is hereby ORDERED that Defendant's motion is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 19th day of August 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge