UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBORAH C. WALKER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>*Acting Commissioner of Social Security,* )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>Case No. 5:15-CV-19-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED in accordance with the court's January 13, 2015 order that the court GRANTS Plaintiff's motion for judgment on the pleadings, DENIES Defendant's motion for judgment on the pleadings and remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.

This Judgment filed and entered on February 22, 2016, with *electronic service* upon:

**Charlotte Williams Hall**
*Counsel for Plaintiff*

**Leo R. Montenegro**
*Counsel for Defendant*

---

**JULIE R. JOHNSTON**
**CLERK, U.S. DISTRICT COURT**

February 22, 2016

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk