UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBORAH C. WALKER,<br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>       Defendant. | **AMENDED JUDGMENT**<br><br>Case No. 5:15-CV-19-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court DENIES the Plaintiff's Motion for Judgment on the Pleadings [DE-15], GRANTS Defendant's Motion for Judgment on the Pleadings [DE-17], and affirms the Commissioner's decision.

This Judgment filed and entered on February 22, 2016, with *electronic service* upon:

**Charlotte Williams Hall**
*Counsel for Plaintiff*

**Leo R. Montenegro**
*Counsel for Defendant*

                                                **JULIE R. JOHNSTON**
                                                **CLERK, U.S. DISTRICT COURT**

February 22, 2016                              /s/ *Shelia D. Foell*
                                                   (By): Shelia D. Foell, Deputy Clerk